ILND 450 (Rev. 10/13) Judgment in a Civil Action

# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

SMART Local 265 Welfare Fund et al,

Plaintiff(s),

v.

May-Aire Heating and Cooling Co., Inc.,

Defendant(s).

Case No. 21 C 6283
Judge Gary Feinerman

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $          ,

which ☐ includes         pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

☒ other: Judgment is entered in favor of Plaintiff SMART Local 265 Welfare Fund, et al., and against Defendant May-Aire Heating and Cooling Co., Inc., in the amount of $177,265.33.

This action was *(check one)*:

☐ tried by a jury with Judge        presiding, and the jury has rendered a verdict.
☐ tried by Judge       without a jury and the above decision was reached.
☒ decided by Judge Gary Feinerman on a motion.

Date: 8/23/2022

Thomas G. Bruton, Clerk of Court

/s/ jackie Deanes , Deputy Clerk